# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT GABRIEL; et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CIVIL ACTION NO: 14-358-CG-B** |
| **v.** | ) | |
| | ) | |
| **LIFE OPTIONS INTERNATIONAL, INC.;** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' RESPONSE TO THE COURT'S
## AUGUST 13, 2014 ORDER TO SHOW CAUSE

COME NOW the Plaintiffs and hereby respond to the Court's August 13, 2014, Order to

Show Cause as follows:

1.      Plaintiffs do not oppose Defendants J. Michael Howard, Mike Howard Financial

Services, In. and Life Options, International, Inc., from being dismissed.[1]


  _/s/Christopher E. Sanspree//_
CHRISTOPHER E. SANSPREE (SAN048)
*One of the Attorneys for Plaintiff*
603 Martha Street
Montgomery, Alabama 36104
(334) 262-1001
(334) 262-1002 facsimile
chris.sanspree@sanspreelaw.com

---

[1] By agreeing to allowing the above named Defendants to be dismissed now in this Court, Plaintiffs do not want to in any way inadvertently submit to the jurisdiction of this Court.  It is Plaintiffs' position that this case was improperly removed from the Circuit Court of Dallas County, Alabama by Defendant Chartis that was sued under Alabama's direct action for satisfaction of a judgment entered against co-Defendant/cross-claimant VeriTrust pursuant to Alabama Code § 27-23-2 (1975).

*/s/ Joseph "Jay" H. Aughtman//*
JOSEPH H. AUGHTMAN (AUG001)
*One of the Attorneys for Plaintiff*
8448 Crossland Loop
Suite 144
Montgomery AL 36117
Phone: (334) 868-0440
jay@aughtmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically with the clerk of the court via CM/ECF notification on this the 14th day of August, 2014.

*Christopher E. Sanspree*
OF COUNSEL