IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT GABRIEL, et al.,** | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 14-358-CG-B ) |
| **LIFE OPTIONS INTERNATIONAL, INC., et al.,** | ) ) ) ) |
| Defendants. | |

## ORDER

This matter is before the court on the motions of defendants J. Michael Howard, Mike Howard Financial Services, Inc., and Life Options, International, Inc. (hereafter "the moving Defendants"), to be excused from appearing at the status conference scheduled for August 19, 2014 (Doc. 10) and to dismiss (Doc. 12), and Plaintiffs' response thereto (Doc. 14).

Plaintiffs' were ordered to show cause, on or before August 15, 2014, why the moving defendants should not be dismissed. (Doc. 13). Plaintiffs responded that they do not oppose the dismissal of the moving defendants. (Doc. 14).

In light of Plaintiffs' response and because all claims against the moving defendants have apparently been settled. The motions of the moving Defendants (Docs. 10 & 12) are **GRANTED** and Defendants **J. Michael Howard, Mike**

1

**Howard Financial Services, Inc.**, and **Life Options, International, Inc.** are hereby **DISMISSED** from this case.

      **DONE and ORDERED** this 18th day of August, 2014.

      /s/ Callie V. S. Granade
      UNITED STATES DISTRICT JUDGE