IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT GABRIEL, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0358-CG-B |
| | ) |
| **LIFE OPTIONS INTERNATIONAL, INC., et al.,** | ) |
| | ) |
| Defendants. | ) |

### ORDER

This cause is before the court on the Motion to Remand (Doc. 20) filed by defendant VeriTrust, and the motions to stay filed by VeriTrust (Doc. 21) and the plaintiffs (Doc. 22).

Upon due consideration, the motions to stay are **GRANTED**, and all matters in the case, including the requirement for Plaintiffs to file an eighth amended complaint, are **STAYED** pending the court's ruling on the motion to remand.

Any opposition to the motion to remand is to be filed **not later than September 9, 2014**. VeriTrust may file a reply **no later than September 16, 2014**. Any response in opposition should include the legal arguments in opposition to the motion. The motion is being submitted without oral argument. See Fed.R.Civ.P. 78. If the court determines that oral argument would be appropriate, it shall advise the parties. Local Rule 7.1.

**DONE and ORDERED** this 26th day of August, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE