IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT GABRIEL, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 14-00358-CG-B |
| | ) |
| **CHARTIS SPECIALTY** | ) |
| **INSURANCE CO., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# FINAL JUDGMENT

In accordance with the Order granting Defendant's motion for summary judgment entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant, Chartis Specialty Insurance Company, and against Plaintiffs, Joseph Habshey, Mary Shanklin, Carl Most, John Cabral, RMG International, Inc., AZMACOMP, Inc., and Veritrust Financial, LLC. It is, therefore, **ORDERED** that Plaintiffs' claims against Defendant are hereby **DISMISSED with prejudice.** Costs are to be taxed against Plaintiffs.

**DONE** and **ORDERED** this 5th day of April, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE